# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
### Case No.:

**THOMAS LASHBROOK,**
**An Individual**

    **Plaintiff,**

**vs.**

**HOVG, LLC d/b/a BAY AREA**
**CREDIT SERVICE,**

    **Defendant,**
_____/
_____

## IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

**THOMAS LASHBROOK,**
**An Individual**

    **Plaintiff,**

                              **Case No.: 10-CA-000743**

**v.**

**HOVG, LLC d/b/a BAY AREA**
**CREDIT SERVICE,**

    **Defendant.**
_____/

## **DEFENDANT'S NOTICE AND PETITION FOR REMOVAL**

**TO:** The Honorable Judges of the United States District Court for the Middle District of Florida.

    COME NOW, Defendant and Petitioner for removal, HOVG, LLC d/b/a Bay Area Credit Service and with reservation of all rights, hereby removes from the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, the proceeding entitled and captioned: ***Thomas Lashbrook.***

<u>*HOVG, LLC d/b/a Bay Area Credit Service*</u>, Case No. 2019-CA-000743, on the basis of federal question jurisdiction.

The Petition is based on the following grounds:

1. Defendant/Petitioner, has been named as Defendant in a civil action brought against them in the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, the proceeding entitled and captioned:. <u>*Thomas Lashbrook. HOVG, LLC d/b/a Bay Area Credit Service*</u>, <u>Case No. 2019-CA-000743</u>, A copy of the Complaint serviced in that action, in addition to all process and pleading served upon Defendant/Petitioner, is attached hereto as Exhibit "A".

2. The aforesaid action was commended by service of process consisting of the Summons and Complaint, upon Defendant, on January 30, 2019

3. The controversy herein between the Plaintiff and Defendant, is a controversy *inter alia* based upon consumer protection rights created by and enforced through a federal statute, 15 U.S.C. §1692, *et seq*., entitled the Fair Debt Collection Practices Act and 47 U.S.C. §227 *et. seq.* entitled the Telephone Consumer Protection Act.

4. The above-described action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and is one that may be removed to this Court by Defendant/Petitioner pursuant to the provisions of 28 U.S.C. § 1441(a), in that it is a civil action based upon a federal question over which this Court has original jurisdiction.

5. This Petition for Removal is filed with this Court within thirty (30) days after service on Defendant of the Complaint in the above-styled action and is, therefore, timely filed pursuant to 28 U.S.C. § 1446(b).

WHEREFORE, Defendant, **HOVG, LLC**, respectfully requests that the above entitled action be removed from the Thirteenth Judicial Circuit In and For Hillsborough County, Florida, to the United States District for the Middle District of Florida for all further proceedings.

Respectfully Submitted,

/s/ Sangeeta Spengler
**GOLDEN SCAZ GAGAIN, PLLC**
Florida Bar No. 0186864
GOLDEN SCAZ GAGAIN, PLLC
201 North Armenia Avenue
Tampa, Florida 33609-2303
P: (813) 251-5500
F: (813) 251-367spspengler@gsgfirm.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Sangeeta Spengler
Sangeeta Spengler, Esq.
Florida Bar No.: 0186864